No. 73–737. ESPOSITO *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–806. NATIONAL PETROLEUM REFINERS ASSN. ET AL. *v.* FEDERAL TRADE COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE STEWART would grant certiorari. MR. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 73–854. BEVAN *v.* TRUSTEES OF PENN CENTRAL TRANSPORTATION Co.;

No. 73–964. GREENOUGH *v.* TRUSTEES OF PENN CENTRAL TRANSPORTATION Co.; and

No. 73–1039. TWENTY-ONE RETIRED EMPLOYEES *v.* TRUSTEES OF PENN CENTRAL TRANSPORTATION Co. C. A. 3d Cir. Certiorari denied. MR. JUSTICE POWELL took no part in the consideration or decision of these petitions. Reported below: 484 F. 2d 1300.

No. 73–1102. TRANSCON LINES *v.* XEROX CORP. Ct. App. Cal., 2d App. Dist. Certiorari denied. MR. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 73–1043. HOLLOWELL, PENITENTIARY SUPERINTENDENT *v.* McNEAL. C. A. 5th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 73–6061. SOLOMON *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied for want of final judgment. 28 U. S. C. § 1257.